# ELECTRONIC RECORD

| | | | |
|---|---|---|---|
| COA # | 01-13-00930-CR | OFFENSE: | 30.02F1 (Burglary of Habitation) |

| | | | |
|---|---|---|---|
| STYLE: | Kaylen Dewayne Simmons v. The State of Texas | COUNTY: | Galveston |

| | | | |
|---|---|---|---|
| COA DISPOSITION: | AFFIRM | TRIAL COURT: | 212th District Court |

| | | | |
|---|---|---|---|
| DATE: 10/30/2014 | Publish: NO | TC CASE #: | 12-CR-2519 |

## IN THE COURT OF CRIMINAL APPEALS

| | | | | |
|---|---|---|---|---|
| STYLE: | Kaylen Dewayne Simmons v. The State of Texas | CCA #: | 053-15 | |
| _APPELLANT'S_ Petition | | CCA Disposition: | | |
| FOR DISCRETIONARY REVIEW IN CCA IS: | | DATE: | | |
| REFUSED | | JUDGE: | | |
| DATE: 03/04/2015 | | SIGNED: | | PC: |
| JUDGE: Per Curiam | | PUBLISH: | | DNP: |

-----------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**